IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENDRICK D ADDISON,

    Petitioner,

v.                                           CASE NO. 5:12-cv-00062-MP-GRJ

KENNETH S TUCKER,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that this case be consolidated with an earlier-filed case pending before Chief Judge Rodgers. Having considered the factors set out in the Report and Recommendation, the Court agrees that consolidation of this case with *Addison v. Secretary*, Case No. 5:10-cv-39-MCR-EMT, would conserve judicial resources and permit the efficient resolution of plaintiff's claims. Accordingly it is hereby

    **ORDERED AND ADJUDGED**:

    This case is consolidated with *Addison v. Secretary*, Case No. 5:10-cv-39-MCR-EMT, for all further proceedings, and all further filings should be made in that case.

    **DONE AND ORDERED** this *17th* day of December, 2012

                                  *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge